No. 505. WIRIN *v.* OSTLY, COUNTY CLERK OF LOS ANGELES COUNTY, CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Harold W. Kennedy* for respondent.

No. 519. BEBRY BEDDING CORP. ET AL. *v.* CASTRO CONVERTIBLE CORP. C. A. 2d Cir. Certiorari denied. *A. Robert Theibault* for petitioners. *Daniel L. Morris* for respondent.

No. 523. UNION EQUITY COOPERATIVE EXCHANGE, INC., *v.* OKLAHOMA STATE BOARD OF EQUALIZATION. Supreme Court of Oklahoma. Certiorari denied. *Frank Carter* for petitioner. *Mac Q. Williamson,* Attorney General of Oklahoma, *Fred Hansen,* First Assistant Attorney General, and *R. O. Ingle,* Assistant Attorney General, for respondent. Reported below: —— P. 2d ——.

No. 530. INDEPENDENT ICE & COLD STORAGE CO., INC., ET AL. *v.* GOLDBERG, SECRETARY OF LABOR. C. A. 5th Cir. Certiorari denied. *Arthur A. Simpson* for petitioners. *Solicitor General Cox, Charles Donahue, Morton Liftin* and *Jacob I. Karro* for respondent.

No. 538. CLINTON WATCH CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied. *Paul G. Annes, Frank E. Gettleman, Arthur Gettleman* and *Franklin M. Lazarus* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon* and *James McI. Henderson* for respondent.